**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**July 19, 2010**

**CASE NUMBER: CV 10-03145 EMC**
**CASE TITLE: IRMA RAMIREZ-v-BILLINGUAL BROADCASTING**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable LAUREL BEELER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **LB** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/19/10

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 7/19/10 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA