**LAW OFFICES OF NANCY A. PALANDATI**
NANCY A. PALANDATI SBN 169987
npalandati@palandatilaw.net
1180 Fourth Street, Suite B
Santa Rosa, California  95404
Telephone:  (707) 222-3115
Facsimile:  (707) 222-3115

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>                    Plaintiff,<br><br>v.<br><br>BILINGUAL BROADCASTING FOUNDATION, INC., a California Corporation dba KBBF 89.1 FM RADIO.<br><br>                    Defendants. | Case No.:  CV 10-3145 LB<br><br>[PROPOSED] ORDER ON DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT THE STATUS CONFERENCE<br><br>Dated: March 10, 2011<br>Time: ~~1:30 p.m.~~  10:30 a.m.<br>Courtroom: 4, 3rd Floor<br><br>Magistrate Judge Laurel Beeler |

At the request of defendant's counsel, the Status Conference scheduled for March 10, 10:30 a.m.
2011, at ~~1:30 p.m.~~ shall take place by telephone. All parties shall appear by telephone, and

court shall initiate the call with defendant's counsel at (707) 222-3115.

**IT IS SO ORDERED.**

Dated:  March 4, 2011

_____
LAUREL BEELER
United States Magistrate Judge

_____
Defendants Attorney, Nancy A. Palandati Request for Telephonic
Appearance at the Status Conference

*Ramirez v. Bilingual Broadcasting Foundation, Inc.*
*CV 10-3145*

1