1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiff IRMA RAMIREZ

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


IRMA RAMIREZ, an individual         )    **CASE NO. CV-10-3145-LB**
                                    )
        Plaintiffs,                 )
                                    )    **STIPULATION OF DISMISSAL AND**
                                    )    **[PROPOSED] ORDER THEREON**
v.                                  )
                                    )
BILINGUAL BROADCASTING              )
FOUNDATION, INC., a California      )
Corporation dba KBBF 89.1 FM RADIO  )
                                    )
,                                   )
                                    )
        Defendants.                 )
_____)

        The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 14, 2011      THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*


                              By: /s/ Thomas E. Frankovich
                                    Thomas E. Frankovich
                                    Attorney for Plaintiff IRMA RAMIREZ


Dated: _____, 2011    LAW OFFICES OF NANCY A. PALANDATI


                              By: _____
                                    Nancy A. Palandati

                              Attorney for Defendant's BILINGUAL
                              BROADCASTING FOUNDATION, INC., a
                              California Corporation dba KBBF 89.1 FM RADIO


### **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: _____, 2011

                              _____
                              Honorable Judge Laurel Beeler
                              UNITED STATE DISTRICT JUDGE

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 14, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_____
Thomas E. Frankovich
Attorney for Plaintiff IRMA RAMIREZ

Dated: 11/14, 2011

LAW OFFICES OF NANCY A. PALANDATI

By: /s/ Nancy A. Palandati
Nancy A. Palandati

Attorney for Defendant's BILINGUAL BROADCASTING FOUNDATION, INC., a California Corporation dba KBBF 89.1 FM RADIO

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. The November 17, 2011 status conference is VACATED.

Dated: November 14, 2011

/s/ LB
Honorable Judge Laurel Beeler
UNITED STATE DISTRICT JUDGE