1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:      415/674-9900

5  Attorneys for Plaintiff IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual | CASE NO. CV-10-3145-LB |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| BILINGUAL BROADCASTING FOUNDATION, INC., a California Corporation dba KBBF 89.1 FM RADIO, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    CASE NO.CV-10-3145-LB

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 14, 2011         THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*


                                 By: /s/ Thomas E. Frankovich
                                     Thomas E. Frankovich
                                     Attorney for Plaintiff IRMA RAMIREZ


Dated: _____, 2011      LAW OFFICES OF NANCY A. PALANDATI


                                 By: _____
                                     Nancy A. Palandati

                                 Attorney for Defendant's BILINGUAL
                                 BROADCASTING FOUNDATION, INC., a
                                 California Corporation dba KBBF 89.1 FM RADIO


## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: _____, 2011

                                 _____
                                 Honorable Judge Laurel Beeler
                                 UNITED STATE DISTRICT JUDGE

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4      This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: November 14, 2011      THOMAS E. FRANKOVICH
8       *A PROFESSIONAL LAW CORPORATION*

10       By:_____
     Thomas E. Frankovich
11       Attorney for Plaintiff IRMA RAMIREZ

13  Dated: 11/14, 2011      LAW OFFICES OF NANCY A. PALANDATI

15       By: /s/ Nancy A. Palandati
16       Nancy A. Palandati

17       Attorney for Defendant's BILINGUAL
     BROADCASTING FOUNDATION, INC., a
18       California Corporation dba KBBF 89.1 FM RADIO

### ORDER

21  IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
22  Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
23  the purpose of enforcing the parties' Settlement Agreement and General Release should such
24  enforcement be necessary. The November 17, 2011 status conference is VACATED.
25  Dated: November 14, 2011

     /s/ LB
27       Honorable Judge Laurel Beeler
28       UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON      CASE NO. CV-10-3145-LB

-2-